1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA

10  BRUCE ALLEN ROBERTS,              )  CASE NO. CV 11-3550-PSG (PJW)
                                      )
11                  Petitioner,       )
                                      )  ORDER ACCEPTING REPORT AND
12        v.                          )  RECOMMENDATION OF UNITED STATES
                                      )  MAGISTRATE JUDGE AND DENYING
13  WARDEN TIM J. OCHOA,              )  CERTIFICATE OF APPEALABILITY
                                      )
14                  Respondent.       )
                                      )
15

16       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
17  Petition, records on file, and the Report and Recommendation of the
18  United States Magistrate Judge.  Petitioner has not filed any
19  objections to the Report.  The Court accepts the findings and
20  recommendation of the Magistrate Judge.
21       Further, for the reasons stated in the Report and
22  Recommendation, the Court finds that Petitioner has not made a
23  substantial showing of the denial of a constitutional right and,
24  therefore, a certificate of appealability is denied.  *See* Rules
25  Governing Section 2254 Cases in the United States District Courts,
26
27
28

Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED:   <u>August 31, 2012</u>

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep r&r.wpd