UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE ALLEN ROBERTS, | ) | CASE NO. CV 11-3550-PSG (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| WARDEN TIM J. OCHOA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    August 31, 2012

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd